UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:24-cr- 82 |
| v. | ) | |
| | ) | JUDGES McDONOUGH/STEGER |
| JAMES C. THOMPSON | ) | |

## INFORMATION

### COUNT ONE

The United States Attorney for Eastern District of Tennessee charges that, in or about November in the year 2000, within the Eastern District of Tennessee and elsewhere, the defendant JAMES C. THOMPSON, did knowingly transport an individual, that is, Victim One, who had not attained the age of 18 years, in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse in the Second Degree, which was a criminal offense under Alabama Code § 13A-6-67, and Sodomy in the Second Degree, which was a criminal offense under Alabama Code § 13A-6-64.

All in violation of Title 18, United States Code, Section 2423(a).

1

## COUNT TWO

The United States Attorney further charges that, in or about September in the year 2000, within the Eastern District of Tennessee and elsewhere, the defendant JAMES C. THOMPSON, did knowingly transport an individual, that is, Victim Two, who had not attained the age of 18 years, in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse in the Second Degree, which was a criminal offense under Alabama Code § 13A-6-67.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE

The United States Attorney further charges that, in or about September in the year 2000, on an occasion separate and distinct from the occasion alleged in Count Two of this Indictment, within the Eastern District of Tennessee and elsewhere, the defendant JAMES C. THOMPSON, did knowingly transport an individual, that is, Victim Two, who had not attained the age of 18 years, in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Battery, which was a criminal offense under Tennessee Code § 39-13-505.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR

The United States Attorney further charges that, in or about 1999 and 2000, the exact date being unknown, within the Eastern District of Tennessee and elsewhere, the defendant JAMES C. THOMPSON, did knowingly transport an individual, that is, Victim Three, who had not attained the age of 18 years, in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Oral Sexual Battery, which was a criminal offense under Louisiana Revised Statute § 14:43.3, and, Indecent Behavior with Juveniles, in violation of Louisiana Revised Statute § 14:81.

All in violation of Title 18, United States Code, Section 2423(a).

FRANCIS M. HAMILTON III
United States Attorney

By: _____
James T. Brooks, BPR #021822
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
james.brooks@usdoj.gov