# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT  ☐ SUPERSEDING Case Number: _____
☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. **JAMES C. THOMPSON**

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case  ☐ Zone A  ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: **James T. Brooks**

Matter Sealed:  ☐ YES  ☑ NO    Place of Offense: **Hamilton County**

☐ Interpreter Required   Language: _____

Issue:  ☐ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA  ☐ ATF  ☐ USMS  ☑ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed   Case Number: _____

☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number **1:24-cr-56**   Attorney **Lee Davis**

Reason for Related Case Determination **Factually identical to charges in Indictment**

Defense Counsel (if any): **Lee Davis**

☐ Federal Defender  ☐ CJA  ☑ Retained

Appointed by Target Letter   Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:  Total # of Counts for this Defendant **4**

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1-4 | 18 U.S.C. § 2423(a) | Transportation of Minors | N | | 1-3 |

*(Attach additional page, if needed)*

Attorney Signature