UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:24-cr-82 |
| v. | ) |
| | ) JUDGES McDONOUGH/STEGER |
| JAMES C. THOMPSON | ) |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney James T. Brooks, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

FRANCIS M. HAMILTON III
United States Attorney

By: *s/James T. Brooks*
JAMES T. BROOKS, BPR #021822
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
james.brooks@usdoj.gov