**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:24-cr-82 |
| v. | ) | |
| | ) | District Judge Travis R. McDonough |
| JAMES C. THOMPSON | ) | |
| | ) | Magistrate Judge Christopher H. Steger |

---

## ORDER

---

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 7) recommending that the Court: (1) accept Defendant's guilty plea to Counts One, Two, Three, and Four of the four count Information; (2) adjudicate Defendant guilty of Counts One, Two, Three, and Four of the four count Information, each of which counts charges Defendant with a separate instance of transportation of a minor in interstate commerce with the intent to engage in sexual activity for which any person can be charged with a criminal offense in violation of 18 U.S.C. § 2423(a); and (3) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 7) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Counts One, Two, Three, and Four of the four count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of Counts One, Two, Three, and Four of the four count Information, each of which counts charges Defendant with a separate

instance of transportation of a minor in interstate commerce with the intent to engage in sexual activity for which any person can be charged with a criminal offense in violation of 18 U.S.C. § 2423(a); and

3. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **January 10, 2025, at 2:00 p.m.**, before the undersigned United States District Judge.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**