UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:24-cr-82 |
| v. | ) | |
| | ) | JUDGES McDONOUGH/STEGER |
| JAMES C. THOMPSON | ) | |

## MOTION TO SEAL

COMES NOW the United States of America by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and James T. Brooks, Assistant United States Attorney, and respectfully requests that the United States' Notice of Objection to the Presentence Investigation Report be sealed.

    FRANCIS M. HAMILTON III
    UNITED STATES ATTORNEY

By:   *s/James T. Brooks*
    JAMES T. BROOKS, BPR #021822
    Assistant United States Attorney
    1110 Market Street, Suite 515
    Chattanooga, Tennessee 37402
    (423) 752-5140
    james.brooks@usdoj.gov