**JUDGMENT:** Case No. 1:24-cr-82   USA v. James C. Thompson

**PRESENT:** Honorable Travis R. McDonough   ☒ U.S. District Judge  OR  ☐ U.S. Magistrate Judge

| James Brooks | Lee Davis; Logan Davis | Jennifer Beamer |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Courtney Camp | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter    ☐ SWORN |

**PROCEEDINGS:** ☒ Plea agreement accepted by Court  ☒ PSR guidelines are  ☒ accurate  ☐ as modified  ☒ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
   upward departure: ☐ granted ☐ denied
   non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☒ granted ☐ denied

☒ Deft speaks  OR  ☐ Deft declines to speak

Document(s) PSR, 12, 18   ☐ unsealed  ☒ remain sealed

**TESTIMONY BY:** victim statements made

☐ Exhibits attached to minutes   ☐ Exhibits in vault

**IMPRISONMENT:** 240 **MONTHS on COUNT(s)** 180 months on each of counts 1,2,and 4, to run concurrently, and 60 months on Count Three, to run consecutively to all other counts; to run concurrent w/ any sentence imposed in Jackson Co, AL (Par 114 of the Revised PSR)

**SUPERVISED RELEASE/PROBATION:** 3 **YEARS on COUNT(s)** 1,2,3,4- to run concurrently

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☐ report to Probation Officer w/in 72 hrs of release
- ☒ not commit another federal, state or local crime
- ☒ abide by standard conditions on Local Rule 83.10
- ☐ not possess a firearm or other destructive device
- ☐ not illegally possess or use a controlled substance
- ☐ participate in collection of DNA
- ☐ submit to search
- ☐ perform ____ hours of community service
- ☐ comply with any BICE deportation orders
- ☒ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☒ comply with Local Rule 83.10 - Sex Offender Treatment
- ☒ pay any financial penalty due
- ☒ provide Probation Office w/access to any required financial info
- ☒ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☐ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:**

☐ Interest Waived   ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** $250,000  OR  ☐ Waived   **SPECIAL ASSESSMENT:** $400   ☒ Payment due immediately  ☒ Interest waived

☐ Court waived fine due to deft's inability to pay   ☒ Deft informed of right to appeal   ☒ Remaining counts dismissed

Deft ☒ remanded to custody of U.S. Marshal   ☐ remained in custody   ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 9:54 to 11:20   Date: 1/24/2025