USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | C-1 | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:24-CR-82 |
|---|---|
| DEFENDANT<br>JAMES C. THOMPSON | TYPE OF PROCESS<br>Subpoena to Produce Documents |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TSW II LP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
736 Market Street, Suite 1400, Chattanooga, TN 37402

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorneys Office
Attn: Daniel Nugent
800 Market Street, Suite 211
Knoxville, TN 37902

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                                  Fold

PLEASE SERVE PERSONALLY.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER 865-545-4167   DATE 2-3-25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 074 | District to Serve<br>No. 075 | Signature of Authorized USMS Deputy or Clerk | Date<br>02/05/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
RIANN BILDERBACK  EXECUTIVE ADMINISTRATOR

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 02/28/25   Time 1200   ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>05.00 | Total Mileage Charges including endeavors<br>.35 | Forwarding Fee<br>0 | Total Charges<br>65.35 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 | 65.35 |

REMARKS
Please Personally Serve

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Civil Action No. 1:24-CR-82 - C1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __TSW II LP__
was received by me on *(date)* __02/05/2025__.

☒ I personally served the subpoena on the individual at *(place)* __EXECUTIVE ADMINISTRATOR RIANN BIDERBACK__ on *(date)* __02/28/25__; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena to *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the subpoena unexecuted because _____; or

☐ other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ __~~200~~.35__ for travel and $ __65.00__ for services, for a total of $ __65.35__ / 0.00.

I declare under penalty of perjury that this information is true.

Date: __02/28/25__

_____
Server's signature

Rick Barrett DUSM
Printed name and title

900 GEORGIA AVE CHATTANOOGA TN
Server's address

Additional information regarding attempted service, etc: