UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 1:24-CR-82 |
| JAMES C. THOMPSON, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Daniel P. Nugent, hereby makes his appearance as counsel in the above case on behalf of the United States of America. Notices should be sent to Mr. Nugent at the following address:

Daniel P. Nugent
Assistant United States Attorney
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167

Respectfully submitted, this the 30th day of June, 2025.

FRANCIS M. HAMILTON III
United States Attorney

By: *s/Daniel P. Nugent*
DANIEL P. NUGENT
Assistant United States Attorney
DC Bar No. 499927
800 Market Street, Suite 211
Knoxville, Tennessee 37902
daniel.nugent@usdoj.gov
(865) 545-4167