UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                                        No. 1:24-CR-82

JAMES C. THOMPSON,

    Defendant,

and

PACIFIC PREMIER BANK,
    aka PACIFIC PREMIER TRUST,

    Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, by and through Francis M. Hamilton, III, United States Attorney for the Eastern District of Tennessee, makes application pursuant to Section 3205(b)(1) of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(b)(1), to the United States District Court to issue a Writ of Garnishment.

In support of this application, the following information is provided:

1.    Judgment debtor's name:   James C. Thompson

        Social Security Number:   XXX-XX-4354

        Last known address:   FCI Memphis
                                      BOP# 19022-511
                                      PO Box 34550
                                      Memphis, TN 38134

        Nature of debt:   Fine

        Amount of Judgment:   $250,400.00

        Amount Paid:   $0.00

        Interest:   Interest does not accrue on this debt.

Unpaid balance: $250,400.00

As of: June 30, 2025

2. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days prior to this application and debtor has failed to satisfy the debt.

3. The Garnishee is believed to have possession of property in which the defendant has a substantial nonexempt interest which may be levied upon for payment of the above amount, described as follows:

Any and all accounts held by Pacific Premier Trust, custodian for TSWII, LP, on behalf of defendant, including but not limited to any applicable profit sharing, pension, 401k, IRA investments, or retirement accounts. These accounts may include, but are not limited to, account number xxxxx6435.

4. The name and address of the Garnishee is:

Pacific Premier Bank
aka Pacific Premier Trust
Attn: Legal Operations
17901 Von Karman Ave.
Ste 1200
Irvine, CA 92614

Respectfully submitted,

FRANCIS M. HAMILTON, III
United States Attorney

By: *s/Daniel P. Nugent*

Daniel P. Nugent
Assistant United States Attorney
DC Bar No. 499927
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Daniel.Nugent@usdoj.gov
(865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Defendant will be personally served with a copy of the foregoing along with the Writ of Garnishment and Notice to Defendant Debtor on How to Claim Exemptions and How to Request a Hearing by the United States Marshals Service. Parties may access this filing through the Court's electronic filing system.

                                                 *s/Daniel P. Nugent*
                                                 Daniel P. Nugent
                                                 Assistant United States Attorney