| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:24-CR-82 |
| DEFENDANT | TYPE OF PROCESS |
| JAMES C. THOMPSON | WRIT OF GARNISHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pacific Premier Bank aka Pacific Premier Trust c/o CT Corporation System
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
330 N Brand Blvd, Glendale CA 92614

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| U.S. Attorney's Office, 800 Market St, Suite 211, Knoxville, TN 37902 Attn: Laura Clapp laura.clapp@usdoj.gov | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Please serve personally.

Bank address if registered agent unavailable: 17901 Von Karman Ave, Ste 1200, Irvine, CA 92614

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| LAURA CLAPP Digitally signed by LAURA CLAPP Date: 2025.07.01 10:32:48 -04'00' | | 865-225-1636 | 7/1/2025 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 074 | No. C-12 | [signature] | 07/01/2025 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Sarai, Intake Specialist | 7/28/25 | 1225 | ☒ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
[signature]

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**
07/01/2025 · To be personally served.

Service Fee: 65.00
Mileage: 15.40
Forwarding Fee: $8.00

Total Owed to the United States Marshals Service: $88.40

No fees collected, USA is a party

Form USM-285 Rev. 03/21

Civil Action No. 1:24-CR-82-C3

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pacific Premier Bank
was received by me on *(date)* 07/01/2025

☐ I personally served the summons on the individual at *(place)*
     on *(date)*      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
     , a person of suitable age and discretion who resides there,
on *(date)*      , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sarai      , who is
designated by law to accept service of process on behalf of *(name of organization)* Pacific Premier Bank
CT Corporation System      on *(date)* 7/28/25      ; or

☐ I returned the summons unexecuted because      ; or

☐ Other *(specify)*:

My fees are $ 15.40 for travel and $ 65.00 for services, for a total of $ 80.40 .

I declare under penalty of perjury that this information is true.

Date: 7/28/25

     *Server's signature*

A. Bailey Dunn
*Printed name and title*

350 W. 1st Avenue, Los Angeles CA 90012
*Server's address*

Additional information regarding attempted service, etc:

Case 1:24-cr-00082-TRM-CHS    Document 30    Filed 08/06/25    Page 2 of 2    PageID #: 537