
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  No. 1:24-CR-82

JAMES C. THOMPSON,

    Defendant,

and

PACIFIC PREMIER BANK,
    aka PACIFIC PREMIER TRUST,

    Garnishee.

## AFFIDAVIT AND ANSWER OF THE GARNISHEE

Comes the undersigned Affiant, who after being duly sworn, states:

1. The Garnishee is a(n): (choose one)

   _____ proprietorship,    _____ partnership,    _____ individual,

   \_\_X\_\_ corporation    _____ limited liability company (LLC)

   _____ other business entity known as _____

   organized under the laws of \_\_DE_____ (state).

2. The Writ of Garnishment was served by the United States Marshal on \_\_July 28\_\_\_\_\_, 2025.

3. Does the Garnishee have custody, control or possession of property (including but not limited to nonexempt, disposal earnings; pension; 401k; profit sharing; and/or retirement accounts) in which the debtor has a substantial nonexempt interest?

   \_\_X\_\_ Yes      \_\_\_ No

4. If so, please describe such property and provide the value of such interest:

Self-Directed Inherited IRA - $633,516.82 (Cash and Private Equity)

5. If there are superior (earlier) garnishments on the property, please describe each garnishment and the extent to which any remaining property is not exempt:

N/A

6. The social security number and name of the Judgment Debtor ("Customer, Member, or Employee") is:

Name: James Coleman Thompson   SSN: (last 4 digits) 4354

7. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| Self-Directed Inherited IRA | $633,516.82 | IRA Owner |

8. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| $ | |
| $ | |
| $ | |

9. Check the applicable line below if you deny that you hold property subject to this order of garnishment.

___ The Garnishee makes the following claim of exemption on the part of Defendant:

_____

___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____

___ As of the receipt of the Writ and as of the date of this Answer, the Garnishee was/is in no manner and upon no account indebted or under liability to the Defendant and the Garnishee did/does not have in its possession or control any property belonging to the Defendant, or in which the Garnishee had/has an interest; and was/is in no manner liable as Garnishee in this action.

10. Original of this answer has been mailed to:

LeAnna R. Wilson, Clerk
United States District Court
for the Eastern District of TN
900 Georgia Ave, Suite 309
Chattanooga, TN 37402

11. Copies of this answer have been mailed to:

James C. Thompson
FCI Memphis
BOP# 19022-511
PO Box 34550
Memphis, TN 38134

    and to:

Daniel P. Nugent
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

**Signature of Garnishee on Next Page**

_____
Affiant

_Authorized Signer_
Position/Title

STATE OF Colorado
COUNTY OF Denver

Subscribed and sworn to before me

this 6 day of August, 20 25.

My commission expires: April 29, 2027

_____
Notary Public

AMBER N GUTKNECHT
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20104028726
MY COMMISSION EXPIRES APR 29, 2027

| *[signature]* | *[signature]* | *[signature]* | *[signature]* |
|---|---|---|---|
| Cody Alford<br>Director of Client Services | Elpidia "Liz" Anderson<br>Trust Securities Operations Manager | Abigahi Becerra Trillo<br>Trust Securities Operations Supervisor | Ryan Baker<br>Trust Operations Manager |
| Betsy Blume<br>Trust Operations Supervisor | Petal Young<br>Trust Securities Operations Supervisor | Jackie Coles<br>Lead Trust Operations Specialist | Aly Cox<br>Trust Operations Manager |
| Sean Cuscaden<br>Trust Securities Operations Supervisor | Keith Darnell<br>Sr. Trust Operations Specialist | Brittany Padilla<br>Trust Securities Operations Supervisor | Nina Bliss<br>Trust Securities Operations Manager |
| Omar Dunlap<br>Director of TM Operations | Amy Euler<br>Lead Trust Securities Operations Specialist | Michelle Fausett<br>Lead Trust Securities Operations Specialist | Adam Weatherbee<br>Trust Operations Supervisor |
| Renee Gabaldon<br>Lead Trust Operations Specialist | Sean Gray<br>Trust Operations Supervisor | Sean Irions<br>Trust Securities Operations Manager | Brian Martschinske<br>Trust Securities Operations Supervisor |
| Nick McCallister<br>Trust Securities Operations Manager | Mary Wilson<br>Director of Tax- PPT | Nic Miller<br>Trust Operations Manager | Greg Wade<br>Lead Trust Securities Operations Specialist |
| Marcene Nardine<br>Trust Securities Operations Consultant | Barb Ngiralmau<br>Lead Trust Securities Operations Specialist | Audrey Becker<br>Lead Trust Operations Specialist | Chris Rains<br>Lead Trust Securities Operations Specialist |

| PACIFIC PREMIER BANK | | | |
|---|---|---|---|
| **Pacific Premier Trust** | | Tier B Authority Approved: July 31, 2024 | |
| *[signature]*<br>Rachel Szczygielski<br>Client Services Manager | *[signature]*<br>Daisy Ortiz<br>Lead Trust Securities<br>Operations Specialist | *[signature]*<br>Dan Shaw<br>Trust Operations Consultant | *[signature]*<br>Craig Stevens<br>Sr. Tax Specialist |
| *[signature]*<br>Hailey Such<br>Trust Securities Operations<br>Supervisor | *[signature]*<br>Allison Vandenberg<br>Trust Securities Operations<br>Supervisor | *[signature]*<br>Madison Lavely<br>Trust Securities Operations<br>Supervisor | *[signature]*<br>Alyssa Tropper<br>Director of Trust Operations |
| *[signature]*<br>Melissa Isaacs<br>Director of Trust Operations | *[signature]*<br>Tamara Wendoll<br>President of Pacific Premier<br>Trust | *[signature]*<br>Eddie Wilcox<br>President/Chief Operating<br>Officer | |
| | | | |
| | | | |

| PACIFIC PREMIER BANK | |
|---|---|
| Pacific Premier Trust | Tier B Authority Approved: July 31, 2024 |

**Effective Date: July 31, 2024**

## Exhibit A – Selected Officers and Employees of Pacific Premier Trust

**President / Chief Operating Officer**
**Senior Executive Vice President / President of Pacific Premier Trust**
**Senior Vice President, Director of TM Operations**
**First Vice President, Director of Trust Operations**
**First Vice President, Director of Trust Securities Operations**
**Senior Vice President, Director of Client Services**
**First Vice President, Director of Tax PPT**
**Vice President, Trust Securities Operations Manager**
**Vice President, Trust Operations Manager**
**Assistant Vice President, Client Services Manager**
**Assistant Vice President, Trust Securities Operations Consultant**
**Assistant Vice President, Trust Operations Consultant**
**Assistant Vice President, Trust Securities Operations Supervisor**
**Assistant Vice President, Trust Operations Supervisor**
**Assistant Vice President, Senior Tax Specialist**
**Lead Trust Securities Operations Specialist**
**Lead Trust Operations Specialist**
**Senior Trust Operations Specialist**

## SPECIFIC AUTHORITIES

### Wire Transfers (eWire)

1. Approval Authority. Approve wire transfers on the SEI Wealth Platform for the benefit of clients in accordance with approved policies and procedures.

| Pacific Premier Trust | Positions |
|---|---|
| **Tier 4** (authorized to approve wires of $500,000 and above) | President of PPT; Director of TM Operations; Director of Trust Operations; Director of Trust Securities Operations; Director of Tax PPT; Trust Securities Operations Manager; Trust Operations Manager; Trust Securities Consultant; Trust Operations Consultant; Trust Securities Operations Consultant |
| **Tier 3** (authorized to approve wires less than $500,000) | Trust Securities Operations Supervisor; Trust Operations Supervisor; TM Operations Manager |
| **Tier 2** (authorized to approve wires less than $100,000) | Lead Trust Operations Specialist; Lead Trust Securities Operations Specialist |
| **Tier 1** (authorized to approve wires less than $5,000) | Senior Trust Securities Operations Specialist; Senior Trust Operations Specialist; Trust Operations Specialist; Trust Securities Operations Specialist; TM Operations Analyst |

| PACIFIC PREMIER BANK | |
|---|---|
| Pacific Premier Trust | Tier B Authority Approved: July 31, 2024 |

**Pacific Premier Trust, a Division of Pacific Premier Bank**

**Effective July 31, 2024**

WHEREAS, the Board of Directors of the Bank have previously authorized the President of Pacific Premier Trust and the President & Chief Operating Officer of Pacific Premier Bank, acting jointly, to approve any revisions and updates to the Pacific Premier Trust signing authorities constituting "Tier B" authority;

WHEREAS, the signing authorities of Pacific Premier Trust below constitute "Tier B" Authorities in their entirety.

## APPROVAL OF "TIER B" SIGNING AUTHORITIES

NOW THEREFORE, BE IT APPROVED, that each of the individuals with the titled positions as set forth in "**Exhibit A**" are hereby authorized and empowered to purchase, transfer, endorse, sell, assign, borrow, set over and deliver any and all shares of stocks, bonds, debentures, proxies, annuities, certificate of deposits, limited partnerships or other securities, and real-estate holdings now or hereafter standing in the name of the Company for the benefit of clients or their beneficiaries in its name, a dba or any nominee name, to take such other actions set forth under **Exhibit A**, and to make, execute and deliver any and all written instruments necessary or proper to effectuate the authority hereby conferred. Assets held on behalf of account owners of the Company have historically been, and may currently remain, registered in one or more of the following names:

| | | |
|---|---|---|
| PENSCO Pension Services | NTC & Co | CRS & Co. |
| PENSCO Trust Company | FTC & Co | Retirement Accounts & Co. |
| PENSCO Trust Company, LLC | 1st & Co | Retirement Accounts, Inc. |
| Lincoln Trust Company | Fiserv ISS & Co | Resources Trust Company |
| IMS & Co | FI & Co | |
| Trustlynx & Co | FIACO & Co. | |

Assets newly purchased on behalf of account owners of the Company may be registered in the name of Pacific Premier Bank; Pacific Premier Trust; Pacific Premier Trust, a division of Pacific Premier Bank; or in the nominee name of NTC & Co.

\* \* \* \* \* \* \*

| PACIFIC PREMIER BANK ||
|---|---|
| Pacific Premier Trust | Tier B Authority Approved: July 31, 2024 |

## APPROVAL OF TIER B SIGNING AUTHORITY

All Tier B authorizations and Signing Authorities set forth above, are hereby adopted and approved.

By: _[signature]_
Name: Tamara Wendoll
Title: Sr. EVP/President of Pacific Premier Trust

Date: July 31, 2024

By: _[signature]_
Name: Eddie Wilcox
Title: President & Chief Operating Officer
Pacific Premier Bank

Date: July 31, 2024

# SECRETARY'S CERTIFICATE

I, Lance McKinlay, Chief Counsel of Pacific Premier Bank, hereby certify as follows:

1.  The Board of Directors of Pacific Premier Bank delegated to both Tamara Wendoll, President of Pacific Premier Trust, and Eddie Wilcox, President and Chief Operating Officer of Pacific Premier Bank, acting jointly, the authority to approve changes to Tier B authorizations contained in Signing Authorities, and the duly approved resolutions delegating such Tier B approval authority remain in full force and effect.

2.  Attached is a true and complete copy of Tier B signing authority related to Pacific Premier Trust, a division of Pacific Premier Bank, as of the date hereof.

Date: July 31, 2024

By: /s/ Lance McKinlay
Name: Lance McKinlay
Title: SVP/Chief Counsel
Pacific Premier Bank

LEANNA R WILSON, CLERK
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TN
900 GEORGIA AVE, SUITE 309
CHATTANOOGA, TN 37402



**PACIFIC PREMIER TRUST**
A Division of Pacific Premier Bank

Processing Center
PO Box 981012
Boston, MA 02298

TEMP-RETURN SERVICE REQUESTED





9589 0710 5270 0951 8242 64



X-RAYED



FIRST-CLASS MAIL
IMI
$011.60
08/07/2025 ZIP 80202
043M31241692