UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,

    Plaintiff

    v.                                             No. 1:24-CR-82

JAMES C. THOMPSON,

    Defendant

   and

PACIFIC PREMIER BANK,

    Garnishee.

## **MOTION FOR ORDER OF GARNISHMENT**

Comes now, the United States, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and moves this Court for entry of an order of garnishment as to Defendant James C. Thompson, pursuant to the Federal Debt Collection Procedures Act and specifically 28 U.S.C. § 3205. The United States respectfully requests that the order of garnishment extend to all non-exempt earnings of Defendant. In support of said motion, the United States submits the following:

    1.    An Application for Writ of Garnishment was filed by the United States, and a Writ of Garnishment was duly issued on July 1, 2025, and served upon the Garnishee on July 28, 2025. (Docs. 27, 28, 30.) Pursuant to the Writ of Garnishment, Garnishee filed an Answer on August 11, 2025, stating that, at the time of the service of the Writ, Garnishee had custody, control, or possession of non-exempt, property in the form of self-directed inherited IRA funds. (Doc. 31.)

    2.    On July 16, 2025, Defendant was served with a copy of the Writ of Garnishment

and notified of the right to object and request a hearing before this Court. (Doc.29). Defendant has not filed an objection, asserted any exemption, or requested a hearing.

The United States respectfully requests that the Court grant this motion ordering Garnishee, PACIFIC PREMIER BANK, or its successors and assigns, to pay into the hands of the U.S. District Court Clerk the following: proceeds of any and all accounts held on behalf to the defendant, including but not limited to any applicable IRA accounts up to the amount of the unpaid balance of $250,375.00. In addition, the United States respectfully requests that these sums be applied upon the judgment rendered in this cause in the sum of $250,400.00, upon which there is an unpaid balance of $250,375.00 as of September 4, 2025.

                    Respectfully submitted,

                    FRANCIS M. HAMILTON III
                    United States Attorney

By:    *s/Daniel P. Nugent*
        Daniel P. Nugent
        Assistant United States Attorney
        DC Bar No. 499927
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        Daniel.Nugent@usdoj.gov
        (865) 545-4167

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

James C. Thompson
211 Scenic Hwy
Lookout Mountain, TN 37350

and to:

PACIFIC PREMIER BANK
17901 Von Karman Ave. Suite 1200
Irvine, CA 92614

*s/Daniel P. Nugent*
Daniel P. Nugent
Assistant United States Attorney