# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:24-cr-82 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JAMES C. THOMPSON, *Defendant*, AND ) | |
| PACIFIC PREMIER BANK, *Garnishee*. ) | Magistrate Judge Christopher H. Steger |
| ) | |
| ) | |

## ORDER OF GARNISHMENT

Before the Court is the Government's motion for entry of an order of garnishment pursuant to the Federal Debt Collection Procedures Act, specifically 28 U.S.C. § 3205, against the non-exempt earnings of Defendant James C. Thompson (Doc. 32).

An Application for Writ of Garnishment was filed by the United States, and a Writ of Garnishment was duly issued and served upon the Garnishee. (Docs. 27, 28, 30.) Pursuant to the Writ of Garnishment, Garnishee filed an Answer on August 11, 2025, stating that, at the time of the service of the Writ, Garnishee had custody, control, or possession of personal property belonging to Defendant in the form of self-directed inherited IRA funds. (Doc. 31.)

Defendant was personally served with a copy of the Writ of Garnishment and notified of the right to object, to assert exemptions, and request a hearing before this Court. (Doc. 29.) Defendant has not filed an objection, asserted any exemption, or requested a hearing. Accordingly, the Government's motion (Doc. 32) is **GRANTED**.

**WHEREFORE, IT IS HEREBY ORDERED** that Garnishee, or its successors and assigns, pay into the hands of the U.S. District Court Clerk the following: proceeds of any and all accounts held on behalf to the defendant, including but not limited to any applicable IRA

accounts up to the amount of the unpaid balance of $250,375.00.

**IT IS FURTHER ORDERED THAT** these sums are to be applied upon the judgment rendered in this cause in the sum of $250,400.00, upon which there is an unpaid balance of $250,375.00 as of September 4, 2025.

Checks should be made payable to:

    Clerk, U.S. District Court

and mailed to:

    US Clerk of Court

    800 Market Street, Suite 130

    Knoxville, TN 37902

**SO ORDERED.**

                                                    **/s/*Travis R. McDonough*** 
                                                    **TRAVIS R. MCDONOUGH**
                                                    **UNITED STATES DISTRICT JUDGE**