**COLUMBIA BANK**

September 29, 2025

FILED

OCT 0 3 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

US CLERK OF THE COURT
800 MARKET STREET SUITE 130
KNOXVILLE TN 37902

Re:    Foreign-state document title:  ORDER OF GARNISHMENT
         Date of document:  September 4, 2025
         Name of Obligor:  JAMES C THOMPSON
         Notice #:  1:24-CR-82

Columbia Bank is in receipt of the document referenced above.  Unfortunately, the document presented to Columbia Bank is not a Multi-State Levy and was not issued in a state that has jurisdiction over Columbia Bank; therefore, we are not able to process your request.

If you can provide evidence that the enclosed Levy has been registered in a state that has jurisdiction over Columbia Bank (currently Washington, Oregon, Nevada, California, Idaho, Arizona, Colorado, Texas, and Utah), Columbia Bank will proceed to process your request.

If you have any questions or can provide additional information, please contact us at (866) 486-7782.

Sincerely,

Columbia Bank
Deposit Legal Process Management


**COLUMBIA BANK**

*ACTION NEEDED: Effective September 1, 2025*

*RE: Umpqua Bank acquired Pacific Premier Bank as of September 1. The combined bank had a legal name change to Columbia Bank.*

*Please update your records to now send all bank levies, garnishments, and Orders to Withhold to the address below.*

**Columbia Bank**
**Attn: Garnishments**
**PO Box 366**
**Roseburg, OR 97470**

*Note: All requests must be either mailed to the address below or delivered in person to a Columbia Bank Branch. Electronic requests will not be accepted.*

*Thank you for your attention to this important update.*

*Regards,*
*Columbia Bank*
*Deposit Legal Process Management*