

**COLUMBIA BANK**

PO Box 366
Roseburg, OR 97470



FIRST-CLASS



US POSTAGE {IMI} PITNEY BOWES

ZIP 99224 $ 001.03⁰
02 7W
0008041370 SEP 30 2025





INSPECTED

RECEIVED

OCT 03 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville